IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ILHAMI and MEHTAP TEKMAN | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| HERB BERKOWITZ a/k/a HERBERT BERKOWITZ and WILLIAM HOWE & CO. | : | No. 12-CV-2932 |

AND NOW, this 28th day of April, 2014, IT IS HEREBY ORDERED that Defendant's motion to dismiss the first amended complaint (Doc. # 16) pursuant to Fed. R. Civ. P. 12(b)(6) is GRANTED. Defendant's prior motion to dismiss the complaint (Doc. # 10) is DISMISSED AS MOOT.

BY THE COURT:

/s J. William Ditter, Jr.
J. WILLIAM DITTER, JR., J.